UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

CHRISTIAN PAUL ENZO KLEIN,

                                                        **RULE 7.1 STATEMENT**

                    Plaintiff,

                                                        1:21-cv-07118 (JPC)

        -against-

METROPOLITAN TRANSIT AUTHORITY: MTA
POLICE DEPARTMENT JOHN DOE 1-3; JANE
DOE 1-2,

                            Defendants.

------------------------------------------------------------------ X

**METROPOLITAN TRANSPORTATION AUTHORITY ("MTA")** is a public

authority (See N.Y. Pub. Auth. L. 1260, et seq. (McKinney 1982 & Supp. 1992).) Accordingly,

Rule 7.1 does not apply to MTA.

Dated:  New York, New York
            October 5, 2021

                                            Yours, etc.,

                                            LANDMAN CORSI BALLAINE & FORD P.C.

                                            By:  _____
                                                    Kascheé Charles-Porter, Esq.
                                                    Philip DiBerardino, Esq.
                                                    Attorneys for Defendants
                                                    METROPOLITAN TRANSPORTATION
                                                    AUTHORITY AND MTA POLICE
                                                    DEPARTMENT
                                                    120 Broadway 13th Floor
                                                    New York, New York 10271
                                                    (212) 238-4800

TO:      Christian Paul Enzo Klein
            General Delivery, NY
            New York, NY 10001
            917-938-4556
            Email: cpklein25@gmail.com
            PRO SE

4814-2202-2398v.1