UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
CHRISTIAN PAUL ENZO KLEIN,

                Plaintiff,

  -against-

METROPOLITAN TRANSIT AUTHORITY: MTA
POLICE DEPARTMENT JOHN DOE 1-3; JANE
DOE 1-2,

                Defendants.
------------------------------------------------------------------ X

**NOTICE OF APPEARANCE**

1:21-cv-07118 (JPC)

      **PLEASE TAKE NOTICE** that, on behalf of defendant "METROPOLITAN TRANSPORTATION AUTHORITY", the undersigned attorney will appear as counsel of record.

      **PLEASE TAKE FURTHER NOTICE** that all pleadings, papers and documents required to be served in this action upon the defendant should be served upon the undersigned and all electronic notifications will be sent to pdiberardino@lcbf.com.

Dated:  New York, New York
         October 5, 2021

                    Yours, etc.,
                    LANDMAN CORSI BALLAINE & FORD P.C.
                    /s/ *Philip DiBerardino*
      By: _____
           Philip DiBerardino, Esq.
           Attorneys for Defendants
           METROPOLITAN TRANSPORTATION
           AUTHORITY
           120 Broadway 13th Floor
           New York, New York 10271
           (212) 238-4800

TO:    Christian Paul Enzo Klein
        General Delivery, NY
        New York, NY 10001
        917-938-4556
        Email: cpklein25@gmail.com
        PRO SE

4849-5612-2110v.1