## AFFIDAVIT OF SERVICE BY ELECTRONIC MAIL

STATE OF NEW YORK           )
                            ) ss.:
COUNTY OF NEW YORK          )

**ROY BABEL,** being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides at FAR ROCKAWAY, NEW YORK.

That on the 6th day of October, 2021, deponent served the within **NOTICE OF APPEARANCE**

upon

### VIA E-MAIL – E-MAIL ADDRESS

Christian Paul Enzo Klein
General Delivery, NY
New York, NY 10001
917-938-4556
Email: cpklein25@gmail.com
PRO SE

attorneys in this action, at the addresses designated by said attorneys for that purpose by transmitting a copy of the same to the above-named person(s) by ELECTRONIC MAIL at said e-mail address

_____
ROY BABEL

Sworn to before me this
6th day of October, 2021

_____
Notary

ROBBIN Y. CHASE
Notary Public, State of New York
No. 01CH6384461
Qualified in Kings County
Commission Expires Dec. 10, 2022

4841-0736-6142v.1