IH-34 Rev:2014-1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Christian Paul Enzo Klein

(List the full name(s) of the plaintiff(s)/petitioner(s).)

21 CV 7118 (___)(___)

-against-

MTA et al

NOTICE OF CHANGE OF ADDRESS

(List the full name(s) of the defendant(s)/respondent(s).)

I hereby notify the Court that my address has changed to the following:

Klein, Christian, P
Name (Last, First, MI)

461 Riverdale Ave, APT 4J, Yonkers, NY, 10705
Address        City                State      Zip Code

917 938 4556                CPKLEIN26@gmail.com
Telephone Number            E-mail Address (if available)

10-13-21
Date                        Signature