United States District Court
Southern District of New York

To the Courts,

21 cv 7118

I, Christian Paul Enzo Klein, has today on October 19th, 2021, made an inquiry of my FOIL request. Once with the MTA Inspector General, and also with the MTA Police itself. The defendant's organization has not responded, making it impossible for me to submit an amended complaint. It is a blatant, and frivolous violation of my 7th amendment rights. The defendant's and their attorneys know that I cannot submit an amended comlaint, if I do not know who anyone's names are. I again as that the courts grant me an extension, and order the defendants to provide me the report.

Sincerely,

Christian Paul Enzo Klein