# LANDMAN CORSI BALLAINE & FORD P.C.

A NEW YORK PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

KASCHEE PORTER
ASSOCIATE
TEL: (212) 238-4815
EMAIL: kporter@lcbf.com

120 BROADWAY
13TH FLOOR
NEW YORK, NEW YORK 10271
TELEPHONE (212) 238-4800
FACSIMILE (212) 238-4848
www.lcbf.com

One Gateway Center
22nd Floor
Newark, NJ 07102
Tel: (973) 623-2700

One Penn Center
1617 JFK Boulevard, Suite 955
Philadelphia, PA 19103
Tel: (215) 561-8540

October 21, 2021

*Via ECF*

Hon. John P. Cronan, U.S.D.J
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 12D
New York, NY 10007-1312

      Re: *Klein v. Metropolitan Transportation Authority*
         1:21-cv-07118-JPC
         Our File No.: 1331-1013

Dear Judge Cronan:

  We represent defendant Metropolitan Transportation Authority ("MTA") with respect to the above-referenced-matter.

  We are writing to the inform the Court that pursuant to the Court's *Valentin* Order dated September 10, 2021, the MTA disclosed the names, badge numbers, and servable addresses of the John Does and Jane Does identified in Plaintiff's Complaint within our Rule 26 disclosure. *See* ECF Doc. No.: 16.

  Contrary to the plaintiff's assertions in his October 20, 2021 letter to the Court, the MTA served its Rule 26 disclosure via mail and email with the following attachments:

- August 22, 2018 MTA Police Department's Incident Report 18-23928;
- January 30, 2020 letter of Christian Klein to the Metro-North Claims Department;
- August 31, 2018 State of Connecticut Superior Court's Promise to Appear on Notice to Christian Klein; and,
- September 17, 2020 Public Authority Law Hearing testimony.

               Respectfully submitted,

               Kascheé Charles-Porter

4854-2491-7504v.1

LANDMAN CORSI BALLAINE & FORD P.C.

October 21, 2021
Page 2

cc:   Christian P. Klein (*via ECF*)
      Philip J. DiBerardino, Esq.

4854-2491-7504v.1