17 November 2021

Hon. John P. Cronan
Southern District of New York

      **RE:    Klein v. Metropolitan Transit Authority et al, Docket 21-cv-07118-JPC, Extension Request on the Amended Complaint[1]**

Dear Judge Cronan,

    I am requesting that the court extend the November 19 deadline for my amended complaint to December 19.

    I have not previously requested an extension for this deadline.

    I am requesting this extension because I am *pro se* and it is difficult for me to meet this deadline. In addition, I have been in contact with NYLAG and need time to discuss my case with them.

    I attempted to contact opposing counsel to request permission for this extension on November 17, 2021.

    Thank you for your consideration.

                                                      Respectfully,

                                                      Christian Paul Enzo Klein
                                                    461 Riverdale Ave., Apt. 4J
                                                    Yonkers, NY 10705
                                                    917-938-4556
                                                    PRO SE

---

[1] This document was prepared with the assistance of the New York Legal Assistance Group's Legal Clinic for Pro Se Litigants in the SDNY.