UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x

CHRISTIAN PAUL ENZO KLEIN,

                        Plaintiff,

   -against-

METROPOLITAN TRANSIT AUTHORITY;
MTA POLICE DEPARTMENT JOHN DOE 1-3;
JANE DOE 1-2,

                        Defendants.
----------------------------------------------------------------x

Index No. 21-CV-7118 (JPC)

**NOTICE OF APPEARANCE**

TO:    The Clerk of Court and all parties of record

I am admitted to practice in this Court, and I appear in this action as counsel for Defendant METROPOLITAN TRANSPORTATION AUTHORITY, sued here as "METROPOLITAN TRANSIT AUTHORITY," and John and Jane Doe MTA police officer defendants.

Dated:  New York, New York
          November 25, 2021

Jason Douglas Barnes
Associate Counsel
METROPOLITAN
TRANSPORTATION AUTHORITY
2 Broadway, 4th Floor
New York, New York 10004
jabarnes@mtahq.org
212-878-7215
212-878-7398 (fax)