**Additional Facts**[1]

1. On the morning of Tuesday, August 22, 2018, I attempted to board [insert train here]. Instead, I boarded Metro North train 1512 to New Haven, Connecticut at Harlem 125th St. This was an accident as I thought it was a local train to Port Chester. They are both New Haven line trains and they look the same.

2. Shortly after the train left Harlem 125th St, a conductor approached me. I gave him my ticket, and after realizing that I was on the wrong train, explained I had mistakenly boarded the wrong train.

3. In this situation, a ride back is issued at no cost. However, the conductor told me that I would have to pay additional money for my ticket. I agreed. After he told me the additional cost would be $20, I said that couldn't be right.

4. The conductor then began to berate me. Then, he went to the conductor's compartment, got on his cell phone and said he was speaking to "this light skin nigga on my train actin up." I moved away from him at that point. I noticed a Caucasian woman giving me a nasty look.

5. Stamford was the next stop after 125th St., as this was an express train. Between Harlem and Stamford there were no police called to the train. This is relevant to the fact I was not a danger to anyone.

6. At the Stamford Train Station, four MTA Police officers – two patrol officers, one lieutenant, and one captain – got on the train. They had been called by the conductor.

7. I had barely begun to speak to the officers when one of the patrol officers, a white male, began wrestling me. Suddenly I was on the ground getting stomped on by the 4 cops. Then, they arrested me.

8. At the Stamford train station I was brought downstairs to the MTA PD precinct. I was charged with theft of services, breach of the peace, and resisting arrest. I was given a Desk Appearance Ticket and issued a court date for 3 days later, August 25.

9. The next day I was still in pain so I went to the ER at Greenwich hospital. There I was diagnosed with a concussion, shoulder strain and neck strain.

10. Throughout this case, the MTA PD has maintained that there was no footage of my arrest throughout the entire station.

11. My case was dismissed on October 31, 2019.

---

[1] This document was prepared with help from the New York Legal Assistance Group's Legal Clinic for Pro Se Litigants in the Southern District of New York.