- MTA PD P.O Brian Denicola, Badge 2349, District 1-10, West Suffolk Avenue, Central Islip, 11722

-MTA PD Lt Matthew Sauer, Badge 60, 848 Holland Hill Rd, Fairfield, CT, 06824-5221

- Gina Mital, Stamford Probation, 123 Hoyt Street, Stamford, CT, 06905