```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
CHRISTIAN PAUL ENZO KLEIN,                                  :
                                                            :
                              Plaintiff,                    :
                                                            :          21 Civ. 7118 (JPC)
             -v-                                            :
                                                            :                ORDER
METROPOLITAN TRANSIT AUTHORITY et al,                       :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      Plaintiff filed the Amended Complaint on December 20, 2021, Dkt. 24, making the deadline for the Defendants have appeared (the "Appearing Defendants") to answer or move January 3, 2022, pursuant to Federal Rule of Civil Procedure 15(a)(3). The Appearing Defendants have not done so. The Appearing Defendants therefore are directed to answer or move with respect to the Amended Complaint by February 4, 2022.

      Moreover, the Amended Complaint added individual Defendants who have not been served. Because Plaintiff is proceeding *in forma pauperis*, Plaintiff may rely on the Court and the U.S. Marshals Service to effect service. To allow Plaintiff to effect service on the new individual Defendants, the Clerk of Court is instructed to fill out U.S. Marshals Service Process Receipt and Return forms ("USM-285 forms") for those defendants. The Clerk of Court is further instructed to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon those defendants.

The Clerk of Court is respectfully directed to mail this Order to the *pro se* Plaintiff.

SO ORDERED.

Dated: January 21, 2022
      New York, New York

                                          JOHN P. CRONAN
                                  United States District Judge