## AFFIDAVIT OF SERVICE BY REGULAR MAIL

STATE OF NEW YORK           )
                            ) ss.:
COUNTY OF NEW YORK          )

**ROY BABEL,** being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides at FAR ROCKAWAY, NEW YORK.

That on the 31st day of January, 2022, deponent served the within **LETTER MOTION FOR EXTENSION OF TIME TO FILE ANSWER RE: 24 AMENDED COMPLAINT**

upon

> Christian Paul Enzo Klein
> 461 Riverdale Avenue - Apt. 4J
> Yonkers, NY 10705
> 917-938-4556
> Email: cpklein25@gmail.com
> PRO SE

attorneys in this action, at the addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States post office department within the State of New York.

_____
**ROY BABEL**

Sworn to before me this
31st day of January, 2022

_____
Notary

SOPHIA REE
Notary Public, State of New York
No. 02RE6283067
Qualified in Kings County
Commission Expires May 28, 2025

4862-8715-6492v.1