# LANDMAN CORSI BALLAINE & FORD P.C.

A NEW YORK PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

| | | |
|---|---|---|
| **KASCHEE PORTER** | 120 BROADWAY | One Gateway Center |
| ASSOCIATE | 13TH FLOOR | 22nd Floor |
| TEL: (212) 238-4815 | NEW YORK, NEW YORK 10271 | Newark, NJ 07102 |
| EMAIL: kporter@lcbf.com | TELEPHONE (212) 238-4800 | Tel: (973) 623-2700 |
| | FACSIMILE (212) 238-4848 | One Penn Center |
| | www.lcbf.com | 1617 JFK Boulevard, Suite 955 |
| | | Philadelphia, PA 19103 |
| | | Tel: (215) 561-8540 |

January 31, 2022

<u>*Via ECF & Regular Mail*</u>

Hon. John P. Cronan, U.S.D.J
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 12D
New York, NY 10007-1312

      Re:  *Klein v. Metropolitan Transportation Authority*
         1:21-cv-07118-JPC
         Our File No.: 1331-1013

Dear Judge Cronan:

  We represent defendant Metropolitan Transportation Authority ("MTA") with respect to the above-referenced-matter. We are writing with respect to the service of the plaintiff's amended complaint and the directive that the defendants interpose their answer by February 4, 2021.

  We were recently informed that Metro-North train conductor Kirk Thomas is retired. Kirk Thomas' last known address is 401 Seneca Avenue, Mount Vernon, NY 10553. In addition, defendants respectfully request an additional 21 days to answer the amended complaint on behalf of the added individual police officers who were recently served. Defendants request this extension as there are certain protocols which the officers must follow to request defense from the MTA after they have been served.

              Respectfully submitted,

              */s/ Kaschee Charles-Porter*

              Kascheé Charles-Porter

cc: Christian Paul Enzo Klein
   PRO SE
   461 Riverdale Avenue - Apt. 4J
   Yonkers, NY 10705

   Philip J. DiBerardino, Esq.

*This request is granted. Defendant shall answer, or otherwise respond to, the Amended Complaint by February 25, 2022.*

SO ORDERED.
Date: February 1, 2022
New York, New York

              _____
              JOHN P. CRONAN
              United States District Judge

4872-6789-7612v.1