**AFFIDAVIT OF SERVICE BY REGULAR MAIL**

STATE OF NEW YORK            )
                             ) ss.:
COUNTY OF NEW YORK           )

**ROY BABEL,** being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides at FAR ROCKAWAY, NEW YORK.

That on the 25st day of February, 2022, deponent served the within **ANSWER TO AMENDED COMPLAINT**

upon

> Christian Paul Enzo Klein
> 461 Riverdale Avenue - Apt. 4J
> Yonkers, NY 10705
> 917-938-4556
> Email: cpklein25@gmail.com
> PRO SE

attorneys in this action, at the addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States post office department within the State of New York.

_____
ROY BABEL

Sworn to before me this
25st day of February, 2022

_____
Notary

ROBBIN Y. CHASE
Notary Public, State of New York
No. 01CH6384461
Qualified in Kings County
Commission Expires Dec. 10, 2022

4888-2152-2961v.1