UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                               :

CHRISTIAN PAUL ENZO KLEIN,             :

                         Plaintiff,            :        21 Civ. 7118 (JPC) (JLC)

             -v-                               :       ORDER OF REFERENCE
                                                        :       TO A MAGISTRATE
METROPOLITAN TRANSIT AUTHORITY *et al.*,    :       JUDGE

                     Defendants.         :

------------------------------------------------------------------- X

JOHN P. CRONAN, United States District Judge:

     This action is referred to the Honorable James L. Cott for the following purposes:

| | | | |
|---|---|---|---|
| ☒ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ☐ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ☐ | Specific Non-Dispositive Motion/Dispute: _____ | ☐ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| ☐ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ☐ | Habeas Corpus |
| | | ☐ | Social Security |
| ☐ | Settlement | | |
| ☐ | Inquest After Default/Damages Hearing | ☐ | Dispositive Motion (i.e., motion requiring a Report and Recommendation). Particular Motion: _____ |

SO ORDERED.

Dated: February 28, 2022                       _____
       New York, New York                      JOHN P. CRONAN
                                                    United States District Judge