## AFFIDAVIT OF SERVICE BY REGULAR MAIL

STATE OF NEW YORK            )
                             ) ss.:
COUNTY OF NEW YORK           )

**ROY BABEL,** being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides at FAR ROCKAWAY, NEW YORK.

That on the 14th day of March, 2022, deponent served the within **MARCH 14, 2022 CORRESPONDENCE TO HON. JAMES L. COTT, U.S.M.J**

upon

> Christian Paul Enzo Klein
> 461 Riverdale Avenue - Apt. 4J
> Yonkers, NY 10705
> 917-938-4556
> Email: cpklein25@gmail.com
> PRO SE

attorneys in this action, at the addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States post office department within the State of New York.

_____
ROY BABEL

Sworn to before me this
14th day of March, 2022

_____
Notary

**ANDREW P. KEAVENEY**
Notary Public, State of New York
No. 01KE5066544
Qualified in New York County
Commission Expires Sept. 30, 2022

4878-6360-3733v.1