```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/15/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHRISTIAN PAUL ENZO KLEIN,

        Plaintiff,

  -v-

METROPOLITAN TRANSIT AUTHORITY,
*et al.*,

        Defendants.
------------------------------------------------------------X

**SCHEDULING ORDER**

21-CV-7118 (JPC) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

The Court held an initial case management conference today. As discussed at the conference, discovery will proceed as follows:

1. Plaintiff shall submit authorization forms and responses to Defendants' document requests by **March 29, 2022**;

2. All fact discovery shall be completed by **August 15, 2022**; and

3. Defendants shall submit a pre-motion conference letter to Judge Cronan in anticipation of their summary judgment motion by **August 29, 2022**.

4. Should Defendants' summary judgment motion be denied, the Court will then set a schedule for expert discovery.

If at any point the parties would like to engage in settlement discussions, either through a referral to the Court Mediation program or a settlement conference with the undersigned, they should submit a joint letter to the Court.

    **SO ORDERED.**

Dated: March 15, 2022
      New York, New York

_____
JAMES L. COTT
United States Magistrate Judge