```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/11/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHRISTIAN PAUL ENZO KLEIN,            :
                                                           :
                Plaintiff,          :       **ORDER**
                                                           :
    -v-                                              :       21-CV-7118 (JPC) (JLC)
                                                           :
METROPOLITAN TRANSIT AUTHORITY,  :
*et al.*,                                                :
                                                           :
                Defendants.      :
------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

The Court held a telephone conference today to discuss issues relating to motion practice deadlines and discovery. As discussed at the conference, the Court orders the following:

The Court will not set a new discovery schedule until the briefing below has concluded (and service on the remaining unserved defendants, Thomas and Sauer, has been effected). Defendant Mital may apply by letter for a stay of discovery pending adjudication of her motion to dismiss and should do so by **January 18, 2023**. The parties are directed to submit a proposed protective order to the Court by **January 27, 2023**. MTA Police Department defendants are not obligated to produce personnel files to plaintiff until the protective order is in place.

Plaintiff is directed to file his opposition papers to Mital's motion to dismiss by **January 27, 2023**. By that same date, Plaintiff may file any opposition to Mital's application to stay discovery and should also file his cross-motion for leave to further amend the complaint.

Mital is directed to file any reply papers on her motion to dismiss by **February 10, 2023**. By that same date, she may file any opposition to plaintiff's cross-motion for leave to amend. The MTA Police Department defendants may also file any opposition to plaintiff's motion by that same date (if applicable). Plaintiff's reply papers in support of his cross-motion are due by **February 24, 2023.**

The deadlines set forth herein will not be further extended.

Finally, the Court will hold a status conference on **March 10, 2023** at **11:00 a.m.** by telephone. The parties should contact chambers using the Court's conference line, (877) 873-8017 (Access Code: 5277586).

**SO ORDERED.**

Dated: January 11, 2023
        New York, New York

_____
JAMES L. COTT
United States Magistrate Judge