USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/15/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CHRISTIAN PAUL ENZO KLEIN,  :
:
　　　　　Plaintiff,  :　　**ORDER**
:
　-v-  :　　21-CV-7118 (JPC) (JLC)
:
METROPOLITAN TRANSIT AUTHORITY,  :
*et al.*,  :
:
　　　　　Defendants.  :
-----------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

　　The Court held a telephone conference on March 15, 2023 to finalize a revised discovery schedule. The parties and the Court conferred and set the following deadlines:

1. All discovery shall be completed by **June 15, 2023**. As discussed at the conference, this is a firm date and will not be extended unless good cause is shown. In lieu of deposing Defendants, Plaintiff may submit written questions to defense counsel for individual defendants, in response to which Defendants will provide sworn statements (in the form of affidavits or the equivalent). Plaintiff must submit these questions to defense counsel as soon as possible, but no later than **May 15, 2023**.

2. Defendants shall submit a pre-motion conference letter to Judge Cronan in anticipation of their summary judgment motion by **June 29, 2023**.

As discussed at today's conference, the parties may contact the Court to schedule a settlement conference at any time before the close of discovery if it would assist the parties in resolving this case. Alternatively, the Court can refer the parties to the Court Mediation Program upon request.

**SO ORDERED.**

Dated: March 15, 2023
      New York, New York

_____
JAMES L. COTT
United States Magistrate Judge